**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7786**

---

MARIO L. BALLARD,

                              Petitioner - Appellant,

        versus

CHIEF OF VIRGINIA DEPARTMENT STATE POLICE,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (CA-02-202)

---

Submitted:  February 20, 2003      Decided:  February 26, 2003

---

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mario L. Ballard, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario L. Ballard appeals the district court's orders accepting the recommendation of the magistrate judge to deny Ballard's petition for writ of mandamus and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ballard v. Chief of Va. Dep't State Police, No. CA-02-202 (E.D. Va. Nov. 1, 2002; Nov. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED